NO. 07-08-0103-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 12, 2008
_____

In the Interest of K.J.S. and K.A.S., Children
_____

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 64,615-D; HON. DON R. EMERSON, PRESIDING
_____

***MEMORANDUM OPINION***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Kenneth James Shaw filed a notice of appeal on February 28, 2008. However, he did not pay the $175 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated February 29, 2008, we informed appellant's counsel that the filing fee in the amount of $175.00 had not been paid and if not paid "within ten (10) days from the date of this notice" the appeal may result in dismissal. TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The deadline lapsed, and the fee was not received.

Because appellant failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam